UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PENNY JACOBS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **CASE NO.   17-1100** |
| | * | |
| **FAMILY DOLLAR, INC., ALLISON AND ABC INSURANCE COMPANY** | * | **JUDGE** |
| | * | |
| | * | **MAGISTRATE** |
| | * | |
| | * | **JURY DEMAND** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 BY FAMILY DOLLAR STORES OF LOUISIANA, INC.

NOW INTO COURT, through undersigned counsel, comes Defendant, Family Dollar Stores of Louisiana, Inc., who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Defendant, Family Dollar Stores of Louisiana, Inc., is owned by Dollar Tree Stores, Inc., a Virginia based corporation publicly traded on the NYSE and is the parent company of Family Dollar Stores of Louisiana, Inc. owning ten percent (10%) or more interest of Family Dollar Stores of Louisiana, Inc.

Respectfully submitted:

\_\_\_/s/ Jeremy H. Call_____
**DONALD E. MCKAY, JR. (#14207)**
**PATRICK M. WARTELLE (#14484)**
**JASON R. BONNET (#28502)**
**JEREMY H. CALL (#35071)**
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
Tel:  (504) 585-7500
Fax:  (504) 585-7775
*Attorneys for Defendant,*
*Family Dollar Stores of Louisiana, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or by facsimile transmission, on August 31, 2017, at their last known address of record.

                                    ___/s/ Jeremy H. Call_____

CP/43024/ Doc42