**PENNY JACOBS**                               **CIVIL ACTION 17-1100**

**VS.**                                                      **MAG. PATRICK HANNA**

**FAMILY DOLLAR, ETAL**                **UNASSIGNED TRIAL JUDGE**

_____

PLAINTIFF'S SUPPLEMENTAL AND AMENDED PETITION

NOW INTO COURT, through undersigned counsel, come, PENNYJACOBS, who, amend his Original Petition for Damages filed herein, as follows:

1.

Plaintiff amends paragraph 1 through 24 as follows:

1.

This is an action in tort for personal injury arising out of negligence acts that occurred between Defendant employee, ALLISON BROUSSARD , of FAMILY DOLLAR, INCORPORATED ("Defendant FAMILY DOLLAR") and PENNY JACOBS on April 30, 2016.

**Parties, Jurisdiction, and Venue**

2.

Plaintiff, PENNY JACOB (hereinafter "Plaintiffs" or "Plaintiffs JACOB") is a citizen of the State of Louisiana.

3.

Defendant FAMILY DOLLARS OF LOUISIANA, INCORPORATED (hereinafter "Defendant FAMILY DOLLAR") is a Company organized and existing under the laws of the State of Louisiana, with its principal place of business in Louisiana.

3.1

Defendant ALLISON BROUSSARD is a citizen of this state and is above the age of majority.

4.

Defendant ABC INSURANCE COMPANY (hereinafter "Defendant ABC INSURANCE COMPANY") is a domestic insurance corporation, authorized to transact business in the State of Louisiana, and having a registered agent in the State of Louisiana. Defendant ABC INSURANCE COMPANY may be served with summons and process as provided by law by serving its Registered Agent.

**Facts**

5.

Plaintiff incorporates the allegations contained in all previous paragraphs.

6.

At all times material hereto, ALLISON BROUSSARD employer was working as cashier/stocker and was an employee of Defendant FAMILY DOLLAR and was acting within the course and scope of her agency and/or employment.

7.

On or about April 30 2016, at approximately 10:30 a.m., Defendant-employee, ALLISON BROUSSARD, was talking on the phone and pushing a stocking cart through the aisle of Family Dollar, 107 Carmel Drive, Lafayette, Lafayette Parish, Louisiana.

8.

On or about April 30 2016, at approximately 10:30 a.m., Plaintiff PENNY JACOBS was shopping at FAMILY DOLLAR, 107 Carmel Drive, Lafayette, Lafayette Parish,

Louisiana.

9.

On or about April 30 2016, Defendant Alison push the FAMILY DOLLAR stocking cart into the left-side of Plaintiff PENNY JACOBS body causing an aggravation to her lumbar spine condition.

10.

Defendant ALLISON took no evasive action before impact.

11.

As a result of the impact, Plaintiff JACOBS suffered serious injuries.

## COUNT I
## NEGLIGENCE OF DEFENDANT FAMILY DOLLAR, INCORPORATED

12.

Plaintiff incorporates all earlier paragraphs as if fully set forth herein.

13.

Defendant ALLISON BROUSSARD was negligent in that she, among other things, failed to operate the stocking cart she was driving at a safe speed, failed to keep a diligent and proper lookout, failed to take evasive maneuvers to avoid a collision, drove when overly tired and distracted and otherwise failed to operate in a reasonable and safe manner under the circumstances.

14.

As a direct and proximate cause of Defendant ALLISON BROUSSARD'S negligence, JACOB suffered severe injuries.

15.

Defendant ALLISON BROUSSARD is liable to Plaintiffs, for the full value of all damages recoverable by the Plaintiffs.

## COUNT II
## NEGLIGENCE OF DEFENDANT FAMILY DOLLAR, INCORPORATED

16.

Plaintiff incorporates all previous paragraphs as if set forth in full herein.

17.

At all times relevant to this action, Defendant ALLISON BROUSSARD was acting within the course and scope of his agency and/or employment with Defendant FAMILY DOLLAR.

18.

Under the principles of respondeat superior, actual agency, apparent agency, and lease liability, Defendant FAMILY DOLLAR is vicariously liable for the acts and omissions of Defendant ALLISON BROUSSARD which led to the severe injuries of the plaintiff.

19.

This Defendant was also independently negligent in its hiring, training, supervising, and managing Defendant ALLISON BROUSSARD, in negligently entrusting Defendant ALLISON BROUSSARD to perform under the circumstances, in failing to adhere to all employee safety manuals and in failing to ensure that Defendant ALLISON BROUSSARD adhered to such regulations.

20.

Defendant FAMILY DOLLAR is liable to Plaintiff for the full value of all damages recoverable by the plaintiff.

21.

At the time of the aforedescribed collision, defendant, ABC INSURANCE COMPANY, had in force and effect a policy of liability insurance which was issued to the defendant, FAMILY DOLLAR, insuring ALLISON BROUSSARD , which renders ABC INSURANCE COMPANY, liable in solido with FAMILY DOLLAR and ALLISON BROUSSARD , for the damages suffered by your petitioner.

22.

During the collision petitioner, PENNY JACOBS was shaken violently by the collision injuring the muscles, ligaments, and other connective tissue in her body. Because of this collision, the petitioner has incurred medical expenses and in all probability, will require medical treatment in the future.

23.

Before the collision made subject of this lawsuit, petitioner was physically active. Since the collision, petitioner has encountered difficulty in doing some of the daily activities because of the pain and discomforts which result.  Petitioner's lack of ability to participate in these activities was caused by the injuries she suffered as a result of the aforementioned collision.

24.

Petitioner, PENNY JACOBS, itemizes her damages as follows:

a.  Past and future medical expenses;

b.  Past and future pain and suffering;

c.   Past and future loss wages;

d.  Past and future mental anguish and distress;

e. Past and future loss of enjoyment of life;

f. Past and Future loss wages;

g. Past and Future loss of earning capacity;

h. Disability; and

i. Other damages to be shown at trial.

WHEREFORE, plaintiffs pray that this First Supplemental and Amending Petition for Damages be filed and after due proceedings had there be judgment in favor of petitioner, Penny Jacobs, against defendants, FAMILY DOLLARS STORES OF LOUISIANA, INCORPORATED, ALLSION BROUSSARD AND ABC INSURNACE jointly, severely and in solido in an amount to be proven at a trial of this matter which is reasonable under the circumstances plus legal interest from judicial demand until paid and for all costs of these proceedings.

Respectfully Submitted:

The Law Offices of Marcus A. Bryant
A Limited Liability Company

**/s/ Marcus A. Bryant**
Marcus A. Bryant (LSBN 30212)
1405 W. Pinhook Rd, Ste 110
Post Office Box 51469
Lafayette, La. 70505
Ph: 337.504.4106  Fax: 504.4167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has this date been served on all counsel of record by U. S. Mail, prepaid.

Lafayette, Louisiana, this 22<u>nd</u> day of January, 2018.

/S/ MARCUS A. BRYANT
Marcus A. Bryant, #30212